# United States Bankruptcy Court
## Middle District of Pennsylvania

In re    **Joseph A. Brennan**                            ,      Case No.    **5:11-bk-01504**
                                  Debtor             Chapter              **13**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 23 | 104,349.60 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 14,706.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 227,898.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 10 | | | 19,229.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 17,691.00 |
| Total Number of Sheets of ALL Schedules | | 55 | | | |
| Total Assets | | | 104,349.60 | | |
| Total Liabilities | | | | 242,604.00 | |

.

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re    **Joseph A. Brennan** _____ ,  Case No.   **5:11-bk-01504** _____

                                      Debtor

Chapter _____ **13** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 19,229.00 |
| Average Expenses (from Schedule J, Line 18) | 17,691.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 6,901.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 227,898.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 227,898.00 |

In re    **Joseph A. Brennan**            ,    Case No.    **5:11-bk-01504**

                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |
| | (Report also on Summary of Schedules) | | |

  **0**   continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com              Best Case Bankruptcy

In re    **Joseph A. Brennan**                     ,    Case No.    **5:11-bk-01504**

<div align="center">Debtor</div>

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | | **Pocket Cash** | - | 200.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking & Savings Account Cross Valley Federal Credit Union Baltimore Drive Plains, PA** <br><br> **Jointly owned with Mother: Carol Brennan** | J | 502.50 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Microwave, stove, washer/dryer, refrigerator, 2 tvs, 1 dvd player, lawn mower,  small home tools, furniture:  kitchen, living room, 1 bedroom** | - | 2,100.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books & CD's & DVD's** <br><br> **Approx. 20 Hess toy trucks** | - <br><br> - | 100.00 <br><br> 500.00 |
| 6.  Wearing apparel. | | **Wearing Apparel** | - | 275.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **Digital camera, golf clubs, mountain bike** | - | 900.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

| | |
|---|---:|
| Sub-Total > | **4,577.50** |
| (Total of this page) | |

__4__   continuation sheets attached to the Schedule of Personal Property

In re   **Joseph A. Brennan** _____ ,    Case No.   **5:11-bk-01504** _____

<div align="center">Debtor</div>

# SCHEDULE B - PERSONAL PROPERTY
<div align="center">(Continuation Sheet)</div>

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

<div align="right">

Sub-Total >      **0.00**
(Total of this page)

</div>

Sheet  **1**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re    **Joseph A. Brennan**                               ,    Case No.   **5:11-bk-01504**
                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1996 Mack RD6885 Dump Truck - Was in accident and wasn't repaired. | J | 8,100.00 |
| | | Titled jointly with father: Philip J. Brennan | | |
| | | 10% was deducted from value | | |
| | | 1997 BMW 3 Series 328i Sedan 4D | - | 4,900.00 |
| | | 1986 International 2500 Dump Truck | J | 2,000.00 |
| | | Jointly owned with friend: Jason Caboot | | |
| | | 1994 Chevrolet C2500 Pick-up (Approx. 125,000 miles) | J | 1,383.75 |
| | | Jointly owned with friend: Jason Caboot. | | |
| | | Reduced by 10% | | |
| | | 2000 Sterling S4700 Dump Truck | J | 6,747.75 |
| | | Jointly owned with friend: Jason Caboot | | |
| | | Reduced by 10% | | |
| | | 2005 Chevrolet 1 Ton Dump Truck | - | 33,300.00 |
| | | Reduced by 10% | | |
| | | 2006 Chevrolet Silverado Pick-up | - | 17,825.00 |

Sub-Total >    74,256.50
(Total of this page)

Sheet   **2**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

In re   **Joseph A. Brennan**                                              ,   Case No.   **5:11-bk-01504**
                                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **1996 6' x 12' Trailer** | - | **750.00** |
| | | **2005 7' x 18' Trailer** | - | **3,150.00** |
| | | **Reduced by 10%** | | |
| 26. Boats, motors, and accessories. | | **1987 Invader 16-ft. Boat** | - | **2,500.00** |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Generator** | - | **400.00** |
| | | **Miscellaneous Small Tools** | - | **2,250.00** |
| | | **Reduced by 10%** | | |
| | | **Plow For Dump** | - | **1,800.00** |
| | | **Reduced by 10%** | | |
| | | **Miscellaneous Small Equipment** | - | **2,250.00** |
| | | **Reduced by 10%** | | |
| | | **Easy Lawn TM35-6R Hydroseeder** | - | **6,745.50** |
| | | **Reduced by 10%** | | |
| | | **Snowblower** | - | **890.10** |
| | | **Reduced by 10%** | | |
| | | **Snow Plows (2@ $1,350 each) Reduced by 10%** | - | **2,700.00** |
| | | **2003 Western Spreader** | - | **1,080.00** |
| | | **Reduced by 10%** | | |
| | | **Snow Pusher** | - | **900.00** |
| | | **Reduced by 10%** | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Dog** | - | **100.00** |

|  | Sub-Total > | 25,515.60 |
|---|---|---|
|  | (Total of this page) | |

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy

In re   **Joseph A. Brennan**                  ,       Case No.    **5:11-bk-01504**

                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 104,349.60 |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy



NADA GUIDES — The Power of Vehicle Information

**HOME    AUTOS    CLASSIC CARS    MOTORCYCLES    BOATS    RVs    MANUFACTU**



chevy owner appreciation days    ‹ **$3,500** total cash back ›

SHOP CHEVY    EXPLORE SILVERADO

Change Make > Change Year & Model > Change Trim > Change Mileage & Options > Standard Equipment

## 2006 Chevrolet SILVERADO 2500 HD PICKUP-3/4 Ton-V8

Crew Cab LT (4WD)

share



| Pricing | Rough Trade-In | Average Trade-In | Cle Trade- |
|---|---|---|---|
| Base Price | $15,100 | $16,650 | $17, |
| **Options:** (add options) | | | |
| W/out Cruise Control | -$175 | -$175 | -$ |
| Bose Premium Stereo | $350 | $350 | $ |
| Power Sunroof | $550 | $550 | $ |
| 8.1L V8 Engine | $450 | $450 | $ |
| **TOTAL PRICE** | **$16,275** | **$17,825** | **$19,1** |

* This Retail price is based on a clean vehicle history report . Don't make a
Get a Free VIN Check today. Find out why AutoCheck is better than Carfax

**Vehicle History Report**
**Check for Accidents Now**
Press GO or Enter VIN

 AutoCheck

**Find Your Car**
Chevrolet
ZIP 18704

AutoTrader

**Sell Your Car**
Sell it Now
AutoTrader  GO

**Free Insurance Quote**

| Pricing & Specs | Pictures & Videos | Reviews & Ratings | Sin |
|---|---|---|---|
| Standard Equipment | Pictures | Expert Reviews | Comp |
| Specs & Performance | Available Colors | Consumer Reviews | More |
| | 360° Views | Consumer Ratings | Top 10 |
| | Test Drive Videos | Safety Ratings | Model |
| | Crash Test Videos | Recall Information | CHEC |
| | | Standard Warranty | Silver |

## Standard Equipment Details

**Engine Specifications**
Type: Gas V8
Size: 6.0L/364
Horsepower: 300 @ 4400 RPM
Torque: 360 @ 4000 RPM
Max Towing Capacity: 5000
Max Payload: 9945

**Drive Train**



The Power of Vehicle Information

**HOME   AUTOS   CLASSIC CARS   MOTORCYCLES   BOATS   RVs   MANUFACTURED HOMES   BUY A PRICE GUIDE**



Change Make > Change Year & Model > Change Mileage & Options > Value Report

## 1994 Chevrolet C2500 Pickup 3/4 Ton

Fleetside Extended Cab

share [ ] print [ ] email

We found **0**
1994 Chevrolet
listings of this model within
25 miles of your ZIP code
**Click to See Them**

| Pricing | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Retail |
|---|---|---|---|---|
| **Base Price** | $1,700 | $2,525 | $3,225 | $4,675 |
| **Options:** (add options) | | | | |
| 4WD or AWD | $550 | $550 | $550 | $625 |
| **TOTAL PRICE** | **$2,250** | **$3,075** | **$3,775** | **$5,300**\* |

\* This Retail price is based on a clean vehicle history report . Don't make a $5,300 mistake.
Get a **free VIN Check** today. Find out why AutoCheck is better than Carfax.

ADVERTISEMENT

**CHEVROLET**
Learn More
Request a Quote
Current Offers
Locate a Vehicle
Find a Dealer

ADVERTISEMENT

chevy owner appreciation days

Silverado 1500

$3,500 total cash back

Most dependable

100,000 mile/5-year transferable Powertrain Warranty

SHOP CHEVY
EXPLORE SILVERADO

**Vehicle History Report**
**Check for Accidents Now**
Press GO or Enter VIN

AutoCheck

**Find Your Car**
Chevrolet
ZIP 16704
AutoTrader

**Sell Your Car**
Sell it Now
AutoTrader   GO

**Free Insurance Quote**
Quote Allstate and Save
Allstate.   GO

**Auto Protection Plan**
Free Instant Quote
MotorAide   GO

**Free Auto Loan Quote**
Bad Credit OK!
sOLO loans   GO

**Free Credit Score**
Free Online Credit Score
FreeCreditScore.com   GO

**Similar Vehicles**

View another vehicle
View another model

Disclaimer

Home | Media Room | About Us | Help/FAQ | Contact Us | Advertise | Link to Us | Buy a Price Guide | Business Users | Change ZIP | Follow Us

© Copyright 2011 NADAguides.com. All Rights Reserved.    Copyright | Privacy Policy
© 2000-2011 Chrome Systems Corporation.



## Blue Book Trade-In Value

Kelley Blue Book Trade-In Value is the amount consumers can expect to receive from a dealer for a trade-in vehicle, assuming an accurate appraisal of the vehicle's condition, mileage and features. This value will likely be less than the Private Party Value because the reselling dealer incurs the cost of safety inspections, reconditioning and other costs of doing business.

### Vehicle Condition Ratings

Check Vehicle Title History

#### Excellent                                $5,250

- Looks new, is in excellent mechanical condition and needs no reconditioning.
- Never had any paint or body work and is free of rust.
- Clean title history and will pass a smog and safety inspection.
- Engine compartment is clean, with no fluid leaks and is free of any wear or visible defects.
- Complete and verifiable service records.

Less than 5% of all used vehicles fall into this category.

#### Good                                     $4,900

- Free of any major defects.
- Clean title history, the paint, body, and interior have only minor (if any) blemishes, and there are no major mechanical problems.
- Little or no rust on this vehicle.
- Tires match and have substantial tread wear left.
- A "good" vehicle will need some reconditioning to be sold at retail.

Most consumer owned vehicles fall into this category.

#### Fair                                     $4,350

- Some mechanical or cosmetic defects and needs servicing but is still in reasonable running condition.
- Clean title history, the paint, body and/or interior need work performed by a professional.
- Tires may need to be replaced.
- There may be some repairable rust damage.

#### Poor                                     N/A

- Severe mechanical and/or cosmetic defects and is in poor running condition.
- May have problems that cannot be readily fixed such as a damaged frame or a rusted-through body.
- Branded title (salvage, flood, etc.) or unsubstantiated mileage.

Kelley Blue Book does not attempt to report a value on a "poor" vehicle because the value of these vehicles varies greatly. A vehicle in poor condition may require an independent appraisal to determine its value.

^ Pennsylvania 02/28/2011

#### Accurate Condition Appraisal        Change Condition

Accurately appraising the condition of a vehicle is an important aspect in determining its Blue Book value. Taking our 10 question condition quiz will ensure you know the correct condition rating.

# NEXT STEP:    Price New Cars

© 2011 Kelley Blue Book Co., Inc. All rights reserved. 2/25/2011-3/3/2011 Edition. The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Actual valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This report is intended for the individual use of the person generating this report only and shall not be sold or transmitted to another party. Kelley Blue Book assumes no responsibility for errors or omissions. (v.11030)

On KBB.com    Home  New Cars  Certified Pre-Owned  Used Cars  Research  Reviews & News  Dealers  Used Cars For Sale  Loans & Insurance  KBB' Green  KBB℠ Mobile  Motorcycles

Featuring    2011 Detroit Auto Show   2011 Best Resale Value Awards   10 Comfy Cars Under $30K   10 Cool Cars Under $18K   This Week's 5 Great Car Deals

About KBB    About Us  Contact Us  Careers  FAQ  Media  Advertising  Linking  Privacy  Site Map  Copyright & Trademarks  Terms of Service

© 1995-2011 Kelley Blue Book Co., Inc.   Business Inquiries



Sign In | Join Now | Help

View Our Truck Sites



LIGHT   MEDIUM   HEAVY   TRAILER

- HOME
- FIND
- SELL
- RESEARCH

- View All Sites

  TRADER ONLINE SITES
  - Aero Trader
  - ATV Trader
  - Boat Trader
  - Cycle Trader
  - Equipment Trader
  - PWC Trader
  - RV Trader
  - Snowmobile Trader
  - Trader Online
  - Trailer Trader
  - Walneck's Classic Cycle

  Fraud Awareness Tips

- ⌐ Search Trucks
- ⌐ Browse Trucks
    - Browse by Category
    - Browse by Manufacturer
    - Browse by Truck Class
    - Browse By City
    - Browse By State
- ⌐ Find A Dealer
    - By Make
- ⌐ Truck Locator

CommericalTruckTrader.com > 1997 MACK RD688S 97892818

# 1997 MACK RD688S Dump Truck

## $28,500.00

Case 5:11-bk-01504-JJT   Doc 19   Filed 04/21/11   Entered 04/21/11 23:39:18   Desc
Main Document      Page 13 of 75

**Looking for a job?**
Click here to look for trucking jobs.
**Reliable insurance is a must**
Learn how to find the best insurance
**Need to transport your Truck?**
Learn more about truck transport
**Ready to sell your Truck?**
Read these tips for selling it faster
**Personalize your Truck**
Add Truck parts and accessories

SEND TO A FRIENDPRINT THIS LISTINGSAVE THIS LISTING

- View Photos
- Video Brochure



6 photos 1
 View Larger Photos

Share |

# VEHICLE DETAILS

Check Your 2011 Credit Score

New/Used: U                          Stock Number: 240
Year:      1997
Make:      MACK

Sign In | Join Now | Help

View Our Truck Sites

  

LIGHT   MEDIUM   HEAVY   TRAILER

- HOME
- FIND
- SELL
- RESEARCH

- **View All Sites**

  TRADER ONLINE SITES
  - Aero Trader
  - ATV Trader
  - Boat Trader
  - Cycle Trader
  - Equipment Trader
  - PWC Trader
  - RV Trader
  - Snowmobile Trader
  - Trader Online
  - Trailer Trader
  - Walneck's Classic Cycle


  Fraud Awareness Tips

- » Search Trucks
- » Browse Trucks
    - Browse by Category
    - Browse by Manufacturer
    - Browse by Truck Class
    - Browse By City
    - Browse By State
- » Find A Dealer
    - By Make
- » Truck Locator


CommericalTruckTrader.com > 1987 international 2500 97779643

# 1987 International 2500 Dump Truck

## $4,000.00

# CONTACT SELLER

- (434) 369-8523
- EMAIL SELLER

Shop Safely: Protect Your Money

By use of this site, you accept the Terms of Use

# SHIPPING ESTIMATE

**YOUR LOCATION**
(U.S. Zip Code)

**ESTIMATED WEIGHT**
(lbs.)





**KEEP LOOKING**

Find more International Trucks for sale near Altavista, VA

Find another International Dump Truck

Find more trucks from International

**NEXT STEPS**

**Finance Your Commercial Truck Today!**
Channel Islands Leasing and Loans
**SEE EQUIPMENT AUCTIONS!!!**
Iron Planet

**STAY INFORMED**

**Looking for a job?**
Click here to look for trucking jobs.
**Reliable insurance is a must**
Learn how to find the best insurance
**Need to transport your Truck?**
Learn more about truck transport
**Ready to sell your Truck?**
Read these tips for selling it faster
**Personalize your Truck**
Add Truck parts and accessories

SEND TO A FRIENDPRINT THIS LISTINGSAVE THIS LISTING





1 photos 1
 View Larger Photos

Share |

# VEHICLE DETAILS

Check Your 2011 Credit Score

| | | | |
|---|---|---|---|
| New/Used: | U | Engine Make: | International |
| Year: | 1987 | Engine Model: | DT466C |
| Make: | International | Fuel Type: | Diesel |
| Model: | 2500 | | |
| Location: | ALTAVISTA, VA | | |
| Type: | CLASS 6 (GVW 19501 - 26000) | | |
| Category: | Dump Truck | | |

# VEHICLE DESCRIPTION

1987 International 2500,diesel-DT466C, auto/trans, air brakes, needs repair, $4,000, call 434-369-8523
Altavista,VA $4000, 4343698523

- **(434) 369-8523**

Vehicle Location: ALTAVISTA, VA



**iboats.com** The #1 Site For Everything Boating

| MARINE STORE | NEW BOATS | BOAT CLASSIFIEDS | BOAT MOTORS | BOAT SERVICES | BOATING FORUMS | A

# 16' Bayliner

◄ BACK | NEW SEARCH | Boats for Sale > 16' Bayliner



🔍 View Large Photos

  



## Boat Specifications

**Make:** Bayliner Boats

**Model:** closed bow

**Year:** 1981

**Length:** 16 ft. 0 in.

**Location:** Coos Bay, OR

**Type:** Fishing Boats

**Price:** $2,500.00 In Stock

**Listing:** 583075

Share this Boat:

 

Buyer's Tools:

✓ Get This Boat's History Report

🚤 Free Insurance Quote on This Boat

uShip Boat Transportation

## Contact Informa

**Coos Bay Marine**
Inc.1201 Ocean Blv
Coos Bay, OR 9742

## Contact Coos B

*First name:

*Last name:

*Email:

Phone:

*Message:

*Inc
☑
and

## Description

unknown year on boat. Title says 2000. Probably in the 1980's.
16' Bayliner
1998 50 ELPT Force
Painted trailer

## Contact Coos Bay Marine

### Phone: (888)452-7021

**Coos Bay Marine**
Inc.1201 Ocean Blvd.
Coos Bay, OR 97420

## Contact Coos Bay Marine

*First name:

*Last name:

*Email:

Phone:

| | |
|---|---|
| Price | $25,500 USD |
| Location | East Syracuse, New York |
| Condition | Used |
| Cab | Standard Cab |
| Engine Specs | Chevy |
| Engine Type | 6.0 Vortex |
| Fuel Type | Gasoline |
| Mileage | 35,000 mi |
| Transmission | Automatic |
| Suspension | Spring |
| Length | 8 ft |
| Tires | 215/85 |
| Number of Rear Axles | Single |
| Composition | Steel |
| VIN | 354991 |
| Check for Over Drive | Yes |

**Detailed Description**

8' Rugby Dump Body, 8' Western Plow with quick mount hitch, ready to go to work; 4x4

---

Say you saw this 2004 CHEVROLET 3500 On TruckPaper.com!

Send TRACEY ROAD EQUIPMENT INC A Message

Contact:

**TRACEY ROAD EQUIPMENT INC**
David Holzwarth
Truck/Trailer is located in:
East Syracuse, New York
Phone: (800)872-2390
or (800)374-6488
Fax: (315)434-9413

---

Share This Listing

 

Return To Previous Page

---

Home    Copyright & Legal Notice    Privacy Policy    Site Map    Contact Us

Copyright © by Sandhills Publishing Company 2011. All rights reserved.





Home | Register | Contact Us

✉ Email This
Financial Calculator
Add To Trucks Of Interest
Print This

## 2004 CHEVROLET 3500



← → ↑ ↓ ⌖ **Reset**          Special ZOOM Features



| Specifications | |
|---|---|
| Quantity | 1 |
| Stock Number | 74339TP |
| Year | 2004 |
| Manufacturer | CHEVROLET |
| Model | 3500 |

Welcome to Alibaba.com, Join Free | Sign In                         Buy    Sell    Community    **My Alibaba**    My Favorites    Help

Products     Suppliers     Buyers                                                    Buy on AliExpress.com »

e z lawn hydro seeder prices                                                        Search Products

Advanced Search

There are 0 **Hydroseeding** from 0 **suppliers** on Alibaba.com

Related Searches: **Hydroseeding**, **Wholesale Hydroseeding**

Home > Products > Environment > Other Environmental Products (15212)

Language Options  ▼

## Easy Lawn TM35-6R Hydroseeder 18 hp Robin Subaru Electric Start Engine

FOB Price:    US $7,495 / Piece
Get Latest Price

Minimum Order Quantity:  1 Piece/Pieces

Ms. Kelly Post
Offline

Contact Supplier

Send a Message to this Supplier

**Supplier Details**

**HMI Worldwide**
[ United States ]
Business Type:
Distributor/Wholesaler
Contact Details

Online Showroom: 5 Products
Other Similar Products from this Supplier
View this Supplier's Website

See larger Image: Easy Lawn TM35-6R
Hydroseeder 18 hp Robin Subaru Electric
Start Engine

Add to My Favorites

**Product Details**     Company Profile                                              Report item

### Quick Details

Place of Origin:  Delaware United States         Brand Name:  Easy Lawn

### Specifications

Easy Lawn TM35-6R Hydroseeding Machine
18 hp Robin Subaru Electric Start Engine

Send your message to this supplier

From:                                     Enter email or Member ID

To:        Ms. Kelly Post
           HMI Worldwide

Message:   Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

Enter between 20 to 8,000 characters.

Send

## Sourcing Products & Suppliers on Alibaba.com

**Search Products**
Enter the product you are looking for in
the Search Bar and click Search

**Contact Suppliers**
Click **Contact Now** to send an inquiry or I'm
online, Chat now to chat online

**Check Messages**
Check quotes & messages from suppliers in
your email Inbox or Message Center

Click here to learn more

Case 5:11-bk-01504-JJT   Doc 19   Filed 04/21/11   Entered 04/21/11 23:39:18   Desc
Main Document   Page 21 of 75

home     about us     privacy policy     send email     site map     view cart

SEARCH                Go

**Attachments**

Home > Snowblowers > Toro > Toro 722E 2-Stage Snow Blower 38608

**Augers**

# Toro 722E 2-Stage Snow Blower 38608

**Briggs Camouflage
Boat Motor**

Item# 38608

**Brushcutters**

**$989.99**

**Chainsaws**

Add to cart

**Commercial Walk
Behind Mowers**

**Compactors**

**Demo & Used Units**

**Edgers**

## Product Description

**Generators**

Model #: 38608
Capacity / Minute - 1,800 lbs
Throw Distance - Up to 30'
Clearing Width - 22"
Engine - Briggs & Stratton OHV
Engine Displacement - 205cc
Starter - Electric Start w/ Recoil Mitten-Grip
Compression Release - Standard
Ignition - Electronic
Fuel Capacity - 2 Quarts
Chute Control - Remote Chute Crank
Auger System - 2-Stage w/ 10" Impeller, 3-Blade
Impeller - 10" Diameter
Scraper - Adjustable
Skid Shoes - Reversible
Weight - 162 lbs.
Warranty - 3-Year Limited Coverage

**Generator
Accessories**

**Grills**

**Hedge Trimmers**

**Lawn Equipment**

**Lawnmowers**

**Leaf Blowers**

The bigger the berm, the more punch this two-stager packs. Our Power Throw 722 is compact and easy to maneuver, yet tough enough to cut through the most stubborn snow. Featuring a Briggs & Stratton Snow King® engine, 22" clearing width, electric start and backed by Toro's "Best in the Business" three-year limited warranty, Power Throw delivers serious snow removal performance.

**Levels**

**Miscellaneous**

Compact and Maneuverable - Compact and easy to maneuver, yet powerful enough to cut through tough snow.

**Portable Drills**

**Pole Saws**

Three-Year Warranty** - If anything goes wrong in the first three years under normal use and maintenance, Toro will fix it free! **See www.toro.com or retailer for warranty details.

**Pressure Washers**

Rugged, Durable Design - Heavy gauge steel and cast aluminum parts are designed to perform and built to last.

**Snowblowers**

**Snowblower
Accessories**

**Spreaders**

**String Trimmers**

2000 INTERNATIONAL S4700
More Details

| | |
|---|---|
| Model: | S4700 |
| Location: | Erie, PA |
| Mileage: | 131,604 |
| Type: | CLASS 4 (GVW 14001 - 16000) |
| Category: | Dump Truck |

# VEHICLE DESCRIPTION

2000 INTERNATIONAL S4700, low Pro International, 12 Foot Box, Automatic



Tim Deluca's Sales & Service Inc.

- Toll Free: (866) 448-3047
- Main: (814) 836-8853

2670 West 12th Street
Erie, PA 16505 (Map)

See All Inventory |

- EMAIL SELLER

**Looking for a job?**
Click here to look for trucking jobs.
**Reliable insurance is a must**
Learn how to find the best insurance
**Need to transport your Truck?**
Learn more about truck transport
**Ready to sell your Truck?**
Read these tips for selling it faster
**Personalize your Truck**
Add Truck parts and accessories

SEND TO A FRIEND PRINT THIS LISTING SAVE THIS LISTING

- View Photos
- Video Brochure



10 photos 12

 View Larger Photos

Share |

# VEHICLE DETAILS

Check Your 2011 Credit Score

New/Used: U                          Stock Number: 212287
Year:      2000
Make:      INTERNATIONAL

Case 5:11-bk-01504-JJT    Doc 101    Filed 04/21/11 Entered 04/21/11 09:39:18    Desc
Main Document    Page 24 of 75

# CONTACT SELLER



Tim Deluca's Sales & Service Inc.

- (866) 448-3047
- EMAIL SELLER

2670 West 12th Street
Erie, PA 16505 (Map)

See All Inventory
Shop Safely: Protect Your Money

By use of this site, you accept the Terms of Use

# SHIPPING ESTIMATE

### YOUR LOCATION
(U.S. Zip Code)

### ESTIMATED WEIGHT
(lbs.)



### KEEP LOOKING

Find more INTERNATIONAL Trucks for sale near Erie, PA

Find another INTERNATIONAL Dump Truck

Find more trucks from INTERNATIONAL

### NEXT STEPS

**Finance Your Commercial Truck Today!**
Channel Islands Leasing and Loans
**SEE EQUIPMENT AUCTIONS!!!**
Iron Planet

### STAY INFORMED

Sign In | Join Now | Help
View Our Truck Sites

  

LIGHT   MEDIUM   HEAVY   TRAILER

- HOME
- FIND
- SELL
- RESEARCH

- View All Sites

TRADER ONLINE SITES
• Aero Trader
• ATV Trader
• Boat Trader
• Cycle Trader
• Equipment Trader
• PWC Trader
• RV Trader
• Snowmobile Trader
• Trader Online
• Trailer Trader
• Walneck's Classic Cycle

Fraud Awareness Tips

- ² Search Trucks
- ² Browse Trucks
  - o Browse by Category
  - o Browse by Manufacturer
  - o Browse by Truck Class
  - o Browse By City
  - o Browse By State
- ² Find A Dealer
  - o By Make
- ² Truck Locator

CommericalTruckTrader.com > 2000 INTERNATIONAL S4700 96681365

# 2000 INTERNATIONAL S4700 Dump Truck

## $14,995.00

In re   **Joseph A. Brennan**                 ,    Case No.    **5:11-bk-01504**

<div align="center">Debtor</div>

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                        $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☑ 11 U.S.C. §522(b)(2)                                          *with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Pocket Cash | 11 U.S.C. § 522(d)(5) | 200.00 | 200.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking & Savings Account | 11 U.S.C. § 522(d)(5) | 502.50 | 1,005.00 |
| Cross Valley Federal Credit Union | | | |
| Baltimore Drive | | | |
| Plains, PA | | | |
| | | | |
| Jointly owned with Mother: Carol Brennan | | | |
| **Household Goods and Furnishings** | | | |
| Microwave, stove, washer/dryer, refrigerator, 2 tvs, 1 dvd player, lawn mower, small home tools, furniture: kitchen, living room, 1 bedroom | 11 U.S.C. § 522(d)(3) | 2,100.00 | 2,100.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books & CD's & DVD's | 11 U.S.C. § 522(d)(5) | 100.00 | 100.00 |
| | | | |
| Approx. 20 Hess toy trucks | 11 U.S.C. § 522(d)(5) | 500.00 | 500.00 |
| **Wearing Apparel** | | | |
| Wearing Apparel | 11 U.S.C. § 522(d)(3) | 275.00 | 275.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Digital camera, golf clubs, mountain bike | 11 U.S.C. § 522(d)(5) | 900.00 | 900.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1996 Mack RD6885 Dump Truck - Was in accident and wasn't repaired. | 11 U.S.C. § 522(d)(5) | 0.00 | 16,200.00 |
| | | | |
| Titled jointly with father: Philip J. Brennan | | | |
| | | | |
| 10% was deducted from value | | | |
| | | | |
| 1997 BMW 3 Series 328i Sedan 4D | 11 U.S.C. § 522(d)(2) | 3,450.00 | 4,900.00 |
| | 11 U.S.C. § 522(d)(5) | 1,450.00 | |
| | | | |
| 1986 International 2500 Dump Truck | 11 U.S.C. § 522(d)(5) | 2,000.00 | 4,000.00 |
| | | | |
| Jointly owned with friend: Jason Caboot | | | |
| | | | |
| 1994 Chevrolet C2500 Pick-up (Approx. 125,000 miles) | 11 U.S.C. § 522(d)(5) | 1,306.50 | 2,767.50 |
| | | | |
| Jointly owned with friend: Jason Caboot. | | | |
| | | | |
| Reduced by 10% | | | |

  **2**   continuation sheets attached to Schedule of Property Claimed as Exempt

In re __Joseph A. Brennan__ ,  Case No. __5:11-bk-01504__
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **2000 Sterling S4700 Dump Truck** | **11 U.S.C. § 522(d)(5)** | 0.00 | 13,495.50 |
| Jointly owned with friend: Jason Caboot | | | |
| Reduced by 10% | | | |
| **2005 Chevrolet 1 Ton Dump Truck** | **11 U.S.C. § 522(d)(6)** | 0.00 | 33,300.00 |
| Reduced by 10% | | | |
| **2006 Chevrolet Silverado Pick-up** | **11 U.S.C. § 522(d)(5)** | 2,416.00 | 17,825.00 |
| **1996 6' x 12' Trailer** | **11 U.S.C. § 522(d)(6)** | 750.00 | 750.00 |
| **2005 7' x 18' Trailer** | **11 U.S.C. § 522(d)(6)** | 0.00 | 3,150.00 |
| Reduced by 10% | | | |
| **Boats, Motors and Accessories** | | | |
| **1987 Invader 16-ft. Boat** | **11 U.S.C. § 522(d)(5)** | 2,500.00 | 2,500.00 |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **Generator** | **11 U.S.C. § 522(d)(6)** | 400.00 | 400.00 |
| **Miscellaneous Small Tools** | **11 U.S.C. § 522(d)(6)** | 1,025.00 | 2,250.00 |
| Reduced by 10% | | | |
| **Plow For Dump** | **11 U.S.C. § 522(d)(6)** | 0.00 | 1,800.00 |
| Reduced by 10% | | | |
| **Miscellaneous Small Equipment** | **11 U.S.C. § 522(d)(6)** | 0.00 | 2,250.00 |
| Reduced by 10% | | | |
| **Easy Lawn TM35-6R Hydroseeder** | **11 U.S.C. § 522(d)(6)** | 0.00 | 6,745.50 |
| Reduced by 10% | | | |
| **Snowblower** | **11 U.S.C. § 522(d)(6)** | 0.00 | 890.10 |
| Reduced by 10% | | | |
| **Snow Plows (2@ $1,350 each) Reduced by 10%** | **11 U.S.C. § 522(d)(6)** | 0.00 | 2,700.00 |
| **2003 Western Spreader** | **11 U.S.C. § 522(d)(6)** | 0.00 | 1,080.00 |
| Reduced by 10% | | | |
| **Snow Pusher** | **11 U.S.C. § 522(d)(6)** | 0.00 | 900.00 |
| Reduced by 10% | | | |

Sheet ___1___ of ___2___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re  **Joseph A. Brennan**                                      ,     Case No.   **5:11-bk-01504**
                                     Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Animals** | | | |
| **Dog** | **11 U.S.C. § 522(d)(5)** | **100.00** | **100.00** |

|  |  | Total: | **19,975.00** | **123,083.60** |
|---|---|---|---|---|

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **Joseph A. Brennan**                                    , Case No.    **5:11-bk-01504**
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx5401**<br><br>**Ally Financial**<br>**200 Renaissance Ctr**<br>**Detroit, MI 48243** | | - | **Opened 5/19/06  Last Active 2/01/11**<br><br>**Purchase Money Security**<br><br>**2006 Chevrolet Silverado Pick-up** | | | | | |
| | | | Value $                 17,825.00 | | | | 14,706.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| **0**   continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 14,706.00 | 0.00 |
| | | | | | Total<br>(Report on Summary of Schedules) | | 14,706.00 | 0.00 |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                                                                                Best Case Bankruptcy

In re    **Joseph A. Brennan**                                   ,     Case No.    **5:11-bk-01504**

<div align="center">Debtor</div>

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<div align="center">____1____ continuation sheets attached</div>

In re  __Joseph A. Brennan_____,     Case No.  __5:11-bk-01504_____

                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **N/A** <br><br> **Don Wilkinson Tax Collector Centax Group 300 Laird Street, Ste A Wilkes Barre, PA 18705** | - | | **Business Tax** | | | | 0.00 | 0.00 <br><br> 0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 <br> 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 <br> 0.00 |

In re __Joseph A. Brennan__ ,     Case No. __5:11-bk-01504__
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. xxxxxxx x-xxxx6241 <br><br> **Asset Acceptance Llc** <br> **Po Box 2036** <br> **Warren, MI 48090** | | - | | | **Opened 1/07/09 Last Active 6/01/08** <br> **Credit Card** | | | | 197.00 |
| Account No. xxxxxxxxxxxx7016 <br><br> **Bank Of America** <br> **Po Box 17054** <br> **Wilmington, DE 19850** | | | | | **Opened 3/31/98 Last Active 4/27/07** <br> **Credit Card** | | | | 33,808.00 |
| Account No. **N/A** <br><br> **Bear Fuel** <br> **Towanda, PA 18848** | | - | | | **2010** <br> **Credit Card** | | | | 2,000.00 |
| Account No. **N/A** <br><br> **Brennan's Electric** <br> **2 South Eighth Street** <br> **Highland Park, NJ 08904** | | - | | | **2010** <br> **Credit Card** | | | | 8,400.00 |

| | | |
|---|---|---|
| __10__ continuation sheets attached | Subtotal <br> (Total of this page) | 44,405.00 |

In re  **Joseph A. Brennan**                                                      , Case No.  __5:11-bk-01504__
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **N/A**<br><br>**Brown's Farm<br>215 Avery Station Road<br>Tunkhannock, PA 18657** | | - | | | 2010<br>Credit Card | | | | 3,200.00 |
| Account No. **xxxxxxxxxxxx1431**<br><br>**Chase<br>Po Box 15298<br>Wilmington, DE 19850** | | - | | | Opened 12/10/03  Last Active  7/05/07<br>Credit Card | | | | 5,664.00 |
| Account No. **xxxxxxxxxxxx1235**<br><br>**Citi<br>Po Box 6241<br>Sioux Falls, SD 57117** | | - | | | Opened  6/01/99<br>Credit Card | | | | **Unknown** |
| Account No. **N/A**<br><br>**Cleveland Brothers Equipment<br>590 Suscon Road<br>Pittston, PA 18640** | | - | | | 2009<br>Judgment entered in Allegheny County Court of Common Pleas on 10/09. | | | | 14,075.00 |
| Account No. **N/A**<br><br>**Colonial Pacific Leasing Corp.<br>3000 Lakeside Drive, Ste. 2000<br>Deerfield, IL 60015** | | - | | | 2009<br>Judgment entered in Luzerne County Court of Common Pleas on 4/09. | | | | 36,126.00 |

Sheet no. _**1**___ of _**10**__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          59,065.00

In re   __Joseph A. Brennan_____,   Case No. __5:11-bk-01504_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **xxxxxxx05N1**<br><br>**Commonwealth Financial**<br>**120 N Keyser Ave**<br>**Scranton, PA 18504** | | - | | | **Opened 8/28/08 Last Active 7/01/08**<br>**Loan** | | | | **80.00** |
| Account No. **xxxxx2182**<br><br>**Crdt First**<br>**Pob 81315**<br>**Cleveland, OH 44181** | | - | | | **Opened 5/01/01 Last Active 6/01/01**<br>**Credit Card** | | | | **Unknown** |
| Account No. **xxxxxxxxxxx6612**<br><br>**Discover Fin Svcs Llc**<br>**Po Box 15316**<br>**Wilmington, DE 19850** | | - | | | **Opened 5/07/99 Last Active 3/01/05**<br>**Credit Card** | | | | **Unknown** |
| Account No. **N/A**<br><br>**Dunmore Oil**<br>**1031 Reeves**<br>**Dunmore, PA 18509** | | - | | | **2010**<br>**Credit Card** | | | | **2,100.00** |
| Account No. **xxxx0167**<br><br>**Enhanced Recovery Co L**<br>**8014 Bayberry Rd**<br>**Jacksonville, FL 32256** | | - | | | **Opened 8/20/10 Last Active 10/01/07**<br>**Loan** | | | | **565.00** |

Sheet no. __2___ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,745.00**

In re   **Joseph A. Brennan**                                              ,          Case No.   **5:11-bk-01504**

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx5918**<br><br>**Exxmblciti**<br>**Po Box 6497**<br>**Sioux Falls, SD 57117** | - | | Opened 10/30/96  Last Active  3/30/08<br>**Credit Card** | | | | 138.00 |
| Account No. **N/A**<br><br>**First Niagara Leasing**<br>**c/o Matt Beam, Esq. & Scolieri Law**<br>**1207 Fifth Ave, Ste 200**<br>**Pittsburgh, PA 15219** | - | | 2009<br>**Judgment entered in Rensselair County Supreme Court 5/09** | | | | 35,000.00 |
| Account No. **N/A**<br><br>**Five Star Equipment**<br>**1300 Dunham Drive**<br>**Scranton, PA 18501** | - | | 2009<br>**Judgment entered in Lackawanna County Court of Common Pleas.** | | | | 2,500.00 |
| Account No. **xxxx4983**<br><br>**Ford Cred**<br>**Po Box Box 542000**<br>**Omaha, NE 68154** | - | | Opened  1/25/02  Last Active  3/08/07<br>**Past Automobile** | | | | Unknown |
| Account No. **xxxx9289**<br><br>**Franklin Security Bank**<br>**667 N River St**<br>**Plains, PA 18705** | - | | Opened 12/17/03  Last Active 10/30/08<br>**Past Automobile** | | | | Unknown |

Sheet no. __3__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

37,638.00

In re   **Joseph A. Brennan**                                    ,   Case No.   **5:11-bk-01504**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx0040<br><br>Fusa<br>201 N Walnut Street Mailstop 1027<br>Wilmington, DE 19801 | - | | | | Opened 6/01/06 Last Active 1/01/07<br>Loan | | | | Unknown |
| Account No. xxxxxxxx2401<br><br>G M A C<br>Po Box 12699<br>Glendale, AZ 85318 | - | | | | Opened 6/20/05 Last Active 12/03/08<br>Past Automobile | | | | 21,359.00 |
| Account No. xxxxxxxxxxx8270<br><br>Gemb/Gap<br>Po Box 981400<br>El Paso, TX 79998 | | | | | Opened 10/14/00 Last Active 4/01/08<br>Credit Card | | | | Unknown |
| Account No. xxxxxxxxxxx6762<br><br>Gemb/Jcp<br>Po Box 984100<br>El Paso, TX 79998 | - | | | | Opened 7/28/08 Last Active 5/31/10<br>Credit Card | | | | Unknown |
| Account No. xxxxxxxxxxx9689<br><br>Gemb/Walmart<br>Po Box 981400<br>El Paso, TX 79998 | - | | | | Opened 5/03/00 Last Active 3/01/02<br>Credit Card | | | | Unknown |

Sheet no. __4__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **21,359.00**

In re    **Joseph A. Brennan**                                                              ,    Case No.    **5:11-bk-01504**
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **N/A** <br><br> **Greater Pittston Fuel** <br> **36 Stout Street** <br> **Pittston, PA 18640** | | - | | | **2010** <br> **Credit Card** | | | | 3,800.00 |
| Account No. **N/A** <br><br> **Grimes & Stock, LLP** <br> **804 West Avenue** <br> **Jenkintown, PA 19046** | | - | | | **2010** <br> **Credit Card** | | | | 2,950.00 |
| Account No. **xxxxxxxxxx0000** <br><br> **Gulf Oil** <br> **8035 Quivira Rd Ste 100** <br> **Lenexa, KS 66215** | | | | | **Opened  5/12/08  Last Active  8/01/08** <br> **Credit Card** | | | | 4,757.00 |
| Account No. **N/A** <br><br> **Highway Equipment and Supply** <br> **PO Box 1957** <br> **Harrisburg, PA 17105** | | - | | | **2008** <br> **Judgment entered in Luzerne County Court of Common Pleas on 1/09.** | | | | 1,480.00 |
| Account No. **xxxxx-xxxxxx2887** <br><br> **Hsbc/Bontn** <br> **Po Box 15221** <br> **Wilmington, DE 19850** | | - | | | **Opened 12/29/97  Last Active 10/23/02** <br> **Credit Card** | | | | Unknown |

Sheet no. __5___ of __10___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **12,987.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                                                      Best Case Bankruptcy

In re    __Joseph A. Brennan_____,    Case No.    __5:11-bk-01504_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx-xxxxxx2160**<br><br>Hsbc/Bsbuy<br>Po Box 15519<br>Wilmington, DE 19850 | | - | | **Opened 9/03/03 Last Active 3/11/07**<br>**Credit Card** | | | | Unknown |
| Account No. **xxxxxx-xxxxxx8626**<br><br>Hsbc/Suzki<br>Po Box 703<br>Wood Dale, IL 60191 | | - | | **Opened 4/19/05 Last Active 8/15/07**<br>**Credit Card** | | | | Unknown |
| Account No. **xxxxxxxxxxxx5879**<br><br>J Deere Crdt<br>8402 Excelsior Dr.<br>Madison, WI 53705 | | - | | **Opened 6/01/97 Last Active 6/01/01**<br>**CreditCard** | | | | Unknown |
| Account No. **N/A**<br><br>Keystone Block<br>600 Glenn Street<br>Scranton, PA 18501 | | - | | **2010**<br>**Credit Card** | | | | 4,500.00 |
| Account No. **N/A**<br><br>Mr. Castanzo<br>202 Burberry Drive<br>Duryea, PA 18642 | | - | | **2010**<br>**Loan** | | | | 1,582.00 |

Sheet no. __6___ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,082.00

In re     **Joseph A. Brennan**                                         ,     Case No.     **5:11-bk-01504**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx16N1**<br><br>**Nrthestcrcol**<br>**245 Main Street**<br>**Dickson City, PA 18519** | | - | | | **Opened  2/13/08**<br>**Credit Card** | | | | **206.00** |
| Account No. **xxxxxx9057**<br><br>**Penn Credit Corporatio**<br>**916 S 14th St**<br>**Harrisburg, PA 17104** | | - | | | **Opened 11/18/08  Last Active 11/01/07**<br>**Loan** | | | | **298.00** |
| Account No. **N/A**<br><br>**Penn State Seed**<br>**Rte 309**<br>**Dallas, PA 18612** | | - | | | **2010**<br>**Loan** | | | | **4,500.00** |
| Account No. **N/A**<br><br>**Powell's Rental & Sales**<br>**1305 Justus Blvd.**<br>**Clarks Summit, PA 18411** | | - | | | **2010**<br>**Credit Card** | | | | **900.00** |
| Account No. **xxxxxxxxxxx8152**<br><br>**Resolution Management**<br>**160 Linden Oaks Dr Ste D**<br>**Rochester, NY 14625** | | - | | | **Opened  5/07/09**<br>**Loan** | | | | **5,852.00** |

Sheet no. __**7**___ of __**10**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,756.00**

In re    **Joseph A. Brennan**                                                    ,    Case No.    **5:11-bk-01504**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. xxxxxxxxxxx5901<br><br>Sears/Cbsd<br>Po Box 6189<br>Sioux Falls, SD 57117 | | - | | | Opened 12/01/98 Last Active 3/12/08<br>Credit Card | | | | Unknown |
| Account No. x x xxxxx-x5272<br><br>Tbf Financial Llc<br>740 Waukegan Rd Ste 404<br>Deerfield, IL 60015 | | - | | | Opened 6/22/08 Last Active 4/01/08<br>Credit Card | | | | 5,958.00 |
| Account No. xxxxxxxxxxxx8152<br><br>Td Rcs/Yard Card/908<br>1000 Macarthur Blvd<br>Mahwah, NJ 07430 | | - | | | Opened 4/08/03 Last Active 7/01/07<br>Credit Card | | | | Unknown |
| Account No. xxx7441<br><br>The Credit Bureau Inc<br>19 Prince St<br>Rochester, NY 14607 | | - | | | Opened 6/24/08 Last Active 12/01/07<br>Credit Card | | | | 100.00 |
| Account No. xxxxxxx6097<br><br>Ugi Corp<br>225 Morgantown Rd<br>Reading, PA 19611 | | - | | | Opened 12/26/03 Last Active 3/29/05<br>Utility | | | | Unknown |

Sheet no. __8__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **6,058.00**

In re     __Joseph A. Brennan__                  ,     Case No.     __5:11-bk-01504__

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx2245<br><br>Unvl/Citi<br>Po Box 6241<br>Sioux Falls, SD 57117 | | - | | | Opened 5/13/99<br>Credit Card | | | | Unknown |
| Account No. x3517<br><br>Us Bank Manifest<br>1450 Child Parkway<br>Marshall, MN 56258 | | - | | | Opened 4/28/06 Last Active 10/08/07<br>Credit Card | | | | 5,632.00 |
| Account No. xxxxxx6959<br><br>Wffnatlbnk<br>Po Box 94498<br>Las Vegas, NV 89193 | | - | | | Opened 12/09/03 Last Active 2/01/04<br>Credit Card | | | | Unknown |
| Account No. xxxxxxxxxx0106<br><br>Wfnnb/Express Structur<br>Po Box 330064<br>Northglenn, CO 80233 | | - | | | Opened 10/22/03 Last Active 4/18/08<br>Credit Card | | | | Unknown |
| Account No. xxxxxxxxxx3837<br><br>Wfnnb/Victorias Secret<br>220 W Schrock Rd<br>Westerville, OH 43081 | | - | | | Opened 6/12/00 Last Active 1/26/04<br>Credit Card | | | | Unknown |

Sheet no. __9__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal        5,632.00
(Total of this page)

In re      **Joseph A. Brennan**                                            ,      Case No.      **5:11-bk-01504**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **N/A**<br><br>**Zahi Nijmeh**<br>**289 Reynolds Street**<br>**Kingston, PA 18704** | - | | | **2008**<br>**Judgment entered in Luzerne County Courthouse on 4/09.** | | | | **20,171.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __10__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **20,171.00** |
| Total (Report on Summary of Schedules) | | **227,898.00** |

In re   **Joseph A. Brennan**                                          ,     Case No.   **5:11-bk-01504**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Joseph A. Brennan**                          ,     Case No.    **5:11-bk-01504**

<div align="center">Debtor</div>

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

     **0**

\_\_\_\_\_ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy

In re **Joseph A. Brennan**                                    Case No.    **5:11-bk-01504**
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Snowplowing/trucking** | |
| Name of Employer | **Self-Employed as Lawnmaster Landscaping** | |
| How long employed | **12 years** | |
| Address of Employer | **62 East Saylor Ave Wilkes Barre, PA 18702** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ N/A |
| 2. Estimate monthly overtime | $ 0.00 | $ N/A |
| 3. SUBTOTAL | $ 0.00 | $ N/A |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ N/A |
| b. Insurance | $ 0.00 | $ N/A |
| c. Union dues | $ 0.00 | $ N/A |
| d. Other (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 19,229.00 | $ N/A |
| 8. Income from real property | $ 0.00 | $ N/A |
| 9. Interest and dividends | $ 0.00 | $ N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ N/A |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 12. Pension or retirement income | $ 0.00 | $ N/A |
| 13. Other monthly income (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 19,229.00 | $ N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 19,229.00 | $ N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 19,229.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**1. Debtor is in possession of a 1997 Mack tri-axle dump truck which he was leasing from First Niagara Leasing, Inc. He was sued for non-payment and a judgment was entered against him in Rensselair County Supreme Court on 5/09 in the amount of $30,063. The vehicle was not repossessed and is still in debtor's possession, but is not titled in debtor's name, so it is not listed as an asset in Schedule B.**

**2. 10% was deducted from non-exempt items in Schedule B values.**

**3. The variation in debtor's pay and expenses per month is due largely to the fact that in warmer months, debtor's income is largely due to hauling and landscaping, while in colder months his income is due to snow plowing and some hauling.**

4-14-2011

Page 1 of 7

To

Attorney Metroke

from Joe Brennan

*Sept.*

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service   (99)

**Profit or Loss From Business**
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B.
▶ Attach to Form 1040, 1040NR, or 1041.  ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2010**

Attachment
Sequence No. **09**

Name of proprietor: **Joseph A. Brennan**

Social security number (SSN): **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**

A Principal business or profession, including product or service (see page C-2 of the instructions)

B Enter code from pages C-9,10,& 11  ▶

C Business name. If no separate business name, leave blank.

D Employer ID number (EIN), if any

E Business address (including suite or room no.) ▶
City, town or post office, state, and ZIP code

F Accounting method:  (1) ☐ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶

G Did you "materially participate" in the operation of this business during 2010? If "No," see page C-3 for limit on losses . . . . . . . . . . ☐ Yes ☐ No

H If you started or acquired this business during 2010, check here . . . . . . . . . . . ▶ ☐

**Part I  Income**

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution. See page C-4 and check the box if:<br>• This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, or<br>• You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see page C-3 for limit on losses. | ▶ ☐ | 1 | 26 000.00 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see page C-4) | 6 | |
| 7 | Gross income. Add lines 5 and 6 . . . . . . . . . . . ▶ | 7 | 26 000.00 |

**Part II  Expenses.** Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 Office expense | 18 | |
| 9 | Car and truck expenses (see page C-4) | 9 | 3 216.03 | 19 Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 Rent or lease (see page C-6): | | |
| 11 | Contract labor (see page C-4) | 11 | | a Vehicles, machinery, and equipment | 20a | 8 139.92 |
| 12 | Depletion | 12 | | b Other business property | 20b | 650.00 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-5) | 13 | | 21 Repairs and maintenance | 21 | 500.00 |
| | | | | 22 Supplies (not included in Part III) | 22 | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | 23 Taxes and licenses | 23 | 623.00 |
| | | | | 24 Travel, meals, and entertainment: | | |
| 15 | Insurance (other than health) | 15 | 1 645.00 | a Travel | 24a | |
| | | | | b Deductible meals and entertainment (see page C-6) | 24b | |
| 16 | Interest: | | | 25 Utilities CELL PHONE | 25 | 210.00 |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 Wages (less employment credits) | 26 | |
| b | Other | 16b | | 27 Other expenses (from line 48 on page 2) GAS | 27 | 5000.10 |
| 17 | Legal and professional services | 17 | | | | |

| | | | |
|---|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 . . . . . . . . . ▶ | 28 | 19 984.05 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | |
| 30 | Expenses for business use of your home. Attach Form 8829 | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29.<br>• If a profit, enter on both Form 1040, line 12, and Schedule SE, line 2 or Form 1040NR, line 13 (if you checked the box on line 1, see page C-7). Estates and trusts, enter on Form 1041, line 3.<br>• If a loss, you must go to line 32. | 31 | |

32 If you have a loss, check the box that describes your investment in this activity (see page C-7).
  • If you checked 32a, enter the loss on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see the line 31 instructions on page C-7). Estates and trusts, enter on Form 1041, line 3.
  • If you checked 32b, you must attach Form 6198. Your loss may be limited.

32a ☐ All investment is at risk.
32b ☐ Some investment is not at risk.

For Paperwork Reduction Act Notice, see your tax return instructions.   Schedule C (Form 1040) 2010
Case 04-50xxxx Doc xxx Filed 04/21/11  Entered 04/21/11 xx:xx:xx
Main Document  Page 49 of 75
QNA

*Oct.*

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service    (99)

# Profit or Loss From Business
### (Sole Proprietorship)

▶ Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B.

▶ Attach to Form 1040, 1040NR, or 1041.    ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2010**

Attachment
Sequence No. **09**

Name of proprietor **Joseph A. BRENNAN**

Social security number (SSN) **2 0 6 - 5 8 - 9 2 6 7**

A  Principal business or profession, including product or service (see page C-2 of the instructions)

B  Enter code from pages C-9, 10, & 11 ▶

C  Business name. If no separate business name, leave blank.

D  Employer ID number (EIN), if any

E  Business address (including suite or room no.) ▶
   City, town or post office, state, and ZIP code

F  Accounting method:    (1) ☐ Cash    (2) ☐ Accrual    (3) ☐ Other (specify) ▶

G  Did you "materially participate" in the operation of this business during 2010? If "No," see page C-3 for limit on losses . . . . . . . ☐ Yes ☐ No

H  If you started or acquired this business during 2010, check here . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

## Part I   Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution. See page C-4 and check the box if:<br>• This income was reported to you on Form W-2 and the "Statutory employee" box<br>on that form was checked, or<br>• You are a member of a qualified joint venture reporting only rental real estate<br>income not subject to self-employment tax. Also see page C-3 for limit on losses. | · · · ▶ ☐ | **1** | 23425.00 |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . | | **2** | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . | | **3** | |
| 4 | Cost of goods sold (from line 42 on page 2) . . . . . . . . . . . . . . . | | **4** | |
| 5 | Gross profit. Subtract line 4 from line 3 . . . . . . . . . . . . . . . . | | **5** | |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see page C-4) . . . . . | | **6** | |
| 7 | Gross income. Add lines 5 and 6 . . . . . . . . . . . . . . . . . . ▶ | | **7** | 23725.00 |

## Part II   Expenses.   Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . . | **8** | | 18 | Office expense . . . . . . . . . | **18** | |
| 9 | Car and truck expenses<br>(see page C-4) . . . . . | **9** | 1734.70 | 19 | Pension and profit-sharing plans | **19** | |
| 10 | Commissions and fees . . . . | **10** | | 20 | Rent or lease (see page C-6): | | |
| 11 | Contract labor (see page C-4) | **11** | | a | Vehicles, machinery, and equipment | **20a** | 8000.00 |
| 12 | Depletion . . . . . . . . | **12** | | b | Other business property . . . . | **20b** | 635.00 |
| 13 | Depreciation and section 179<br>expense deduction (not included<br>in Part III) (see page C-5) . . . . | **13** | | 21 | Repairs and maintenance . . . . | **21** | 275.00 |
| | | | | 22 | Supplies (not included in Part III) . . | **22** | |
| 14 | Employee benefit programs<br>(other than on line 19) . . . . . | **14** | | 23 | Taxes and licenses . . . . . . . | **23** | 622.00 |
| | | | | 24 | Travel, meals, and entertainment: | | |
| 15 | Insurance (other than health) . . | **15** | 1645.00 | a | Travel . . . . . . . . . . | **24a** | |
| 16 | Interest: | | | b | Deductible meals and | | |
| a | Mortgage (paid to banks, etc.) . . | **16a** | | | entertainment (see page C-6) . | **24b** | |
| b | Other . . . . . . . . . | **16b** | | 25 | Utilities *CELL PONE* . . | **25** | 200.00 |
| 17 | Legal and professional | | | 26 | Wages (less employment credits) | **26** | |
| | services . . . . . . . . | **17** | | 27 | Other expenses (from line 48 on<br>page 2) *GAS* . . . | **27** | 4062.44 |

| | | | |
|---|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 . . . . . . . . . ▶ | **28** | 17174.14 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . . . . | **29** | |
| 30 | Expenses for business use of your home. Attach Form 8829 . . . . . . . . . . . . . . . . . | **30** | |
| 31 | Net profit or (loss). Subtract line 30 from line 29.<br>• If a profit, enter on both Form 1040, line 12, and Schedule SE, line 2 or Form 1040NR,<br>line 13 (if you checked the box on line 1, see page C-7). Estates and trusts, enter on Form 1041,<br>line 3.<br>• If a loss, you must go to line 32. | **31** | |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-7).<br>• If you checked 32a, enter the loss on both Form 1040, line 12, and Schedule SE, line 2, or<br>on Form 1040NR, line 13 (if you checked the box on line 1, see the line 31 instructions on page C-7).<br>Estates and trusts, enter on Form 1041, line 3.<br>• If you checked 32b, you must attach Form 6198. Your loss may be limited. | **32a** ☐ All investment is at risk.<br>**32b** ☐ Some investment is not<br>at risk. | |

For Paperwork Reduction Act Notice, see your tax return instructions.    Cat. No. 11334P    Schedule C (Form 1040) 2010
QNA

*Nov.*

| SCHEDULE C | **Profit or Loss From Business** | OMB No. 1545-0074 |
|---|---|---|
| (Form 1040) | (Sole Proprietorship) | **2010** |
| Department of the Treasury | ▶ Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B. | |
| Internal Revenue Service (99) | ▶ Attach to Form 1040, 1040NR, or 1041. ▶ See Instructions for Schedule C (Form 1040). | Attachment Sequence No. 09 |

Name of proprietor: **Joseph A. Brennan**
Social security number (SSN): **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**

**A** Principal business or profession, including product or service (see page C-2 of the instructions)
**B** Enter code from pages C-9,10,& 11 ▶

**C** Business name. If no separate business name, leave blank.
**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ▶
City, town or post office, state, and ZIP code

**F** Accounting method: (1) ☐ Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶
**G** Did you "materially participate" in the operation of this business during 2010? If "No," see page C-3 for limit on losses . . . . . . ☐ Yes ☐ No
**H** If you started or acquired this business during 2010, check here . . . . . . . . . . . . . . ▶ ☐

### Part I — Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution. See page C-4 and check the box if: | | |
| | ● This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, or | | |
| | ● You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see page C-3 for limit on losses. . . . ▶ ☐ | **1** | 27650.00 |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . | **3** | |
| 4 | Cost of goods sold (from line 42 on page 2) . . . . . . . . . . . . . . . | **4** | |
| 5 | Gross profit. Subtract line 4 from line 3 . . . . . . . . . . . . . . . . | **5** | |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see page C-4) . . . . . . | **6** | |
| 7 | Gross income. Add lines 5 and 6 . . . . . . . . . . . . . . . . . . ▶ | **7** | 27650.00 |

### Part II — Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . | **8** | | 18 | Office expense . . . . . | **18** | |
| 9 | Car and truck expenses (see page C-4) . . . | **9** | 753.88 | 19 | Pension and profit-sharing plans | **19** | |
| 10 | Commissions and fees . . . . | **10** | | 20 | Rent or lease (see page C-6): | | |
| 11 | Contract labor (see page C-4) | **11** | | | a Vehicles, machinery, and equipment | **20a** | 4000.00 |
| 12 | Depletion . . . . | **12** | | | b Other business property . . . . | **20b** | 625.00 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-5) . . . . | **13** | | 21 | Repairs and maintenance . . | **21** | 1272.00 |
| | | | | 22 | Supplies (not included in Part III) . | **22** | |
| | | | | 23 | Taxes and licenses . . . . | **23** | 625.00 |
| 14 | Employee benefit programs (other than on line 19) . . | **14** | | 24 | Travel, meals, and entertainment: | | |
| | | | | | a Travel . . . . . | **24a** | |
| 15 | Insurance (other than health) . . | **15** | 1645.00 | | b Deductible meals and entertainment (see page C-6) . | **24b** | |
| 16 | Interest: | | | 25 | Utilities CELL PHONE . . | **25** | 200.00 |
| | a Mortgage (paid to banks, etc.) . | **16a** | | 26 | Wages (less employment credits) | **26** | |
| | b Other . . . . | **16b** | | 27 | Other expenses (from line 48 on page 2) GAS . . | **27** | 11773.29 |
| 17 | Legal and professional services . . . . . . | **17** | | | | | |

| | | | |
|---|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 . . . . . . ▶ | **28** | 20944.17 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . | **29** | |
| 30 | Expenses for business use of your home. Attach Form 8829 . . . . . . | **30** | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | | |
| | ● If a profit, enter on both Form 1040, line 12, and Schedule SE, line 2 or on Form 1040NR, line 13 (if you checked the box on line 1, see page C-7). Estates and trusts, enter on Form 1041, line 3. | **31** | |
| | ● If a loss, you must go to line 32. | | |

32 If you have a loss, check the box that describes your investment in this activity (see page C-7).
● If you checked 32a, enter the loss on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see the line 31 instructions on page C-7). Estates and trusts, enter on Form 1041, line 3.
● If you checked 32b, you must attach Form 6198. Your loss may be limited.

32a ☐ All investment is at risk.
32b ☐ Some investment is not at risk.

Case 04 Fisk 04 504 doc 45  Doc 49 Filed 04/21/11  Entered 04/21/11  Schedule C (Form 1040) 2010
QNA
Main Document    Page 51 of 75

*Dec.*

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Profit or Loss From Business
### (Sole Proprietorship)

▶ Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B.

▶ Attach to Form 1040, 1040NR, or 1041.    ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2010**

Attachment
Sequence No. **09**

Name of proprietor *Joseph A. BRENNAN*

Social security number (SSN) *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*

A   Principal business or profession, including product or service (see page C-2 of the instructions)

B   Enter code from pages C-9, 10, & 11 ▶

C   Business name. If no separate business name, leave blank.

D   Employer ID number (EIN), if any

E   Business address (including suite or room no.) ▶
City, town or post office, state, and ZIP code

F   Accounting method:   (1) ☐ Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ▶

G   Did you "materially participate" in the operation of this business during 2010? If "No," see page C-3 for limit on losses . . . . . . . ☐ Yes ☐ No

H   If you started or acquired this business during 2010, check here . . . . . . . . . . . . . . . . . . . ▶ ☐

## Part I   Income

| | | |
|---|---|---|
| 1 | Gross receipts or sales. Caution. See page C-4 and check the box if: <br> • This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, or <br> • You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see page C-3 for limit on losses.    ▶ ☐ | **1** | *13 000.00* |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| 4 | Cost of goods sold (from line 42 on page 2) . . . . . . . . . . . . . . . . . . . . | **4** | |
| 5 | Gross profit. Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . . | **5** | |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see page C-4) . . . . . | **6** | |
| 7 | Gross income. Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . . . ▶ | **7** | *13 000.00* |

## Part II   Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . . | **8** | | 18 | Office expense . . . . . . . | **18** | |
| 9 | Car and truck expenses (see page C-4) . . . . . | **9** | *930.87* | 19 | Pension and profit-sharing plans | **19** | |
| 10 | Commissions and fees . . . . | **10** | | 20 | Rent or lease (see page C-6): | | |
| 11 | Contract labor (see page C-4) | **11** | |    a | Vehicles, machinery, and equipment . | **20a** | *93.85* |
| 12 | Depletion . . . . . . . | **12** | |    b | Other business property . . . . | **20b** | *650.00* |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-5) . . . | **13** | | 21 | Repairs and maintenance . . . . | **21** | *2198.55* |
| | | | | 22 | Supplies (not included in Part III) . . | **22** | |
| | | | | 23 | Taxes and licenses . . . . . . | **23** | *626.00* |
| 14 | Employee benefit programs (other than on line 19) . . | **14** | | 24 | Travel, meals, and entertainment: | | |
| | | | |    a | Travel . . . . . . . . . . | **24a** | |
| 15 | Insurance (other than health) . | **15** | *1 645.00* |    b | Deductible meals and entertainment (see page C-6) . | **24b** | |
| 16 | Interest: | | | 25 | Utilities *CELL PHONE* . . . | **25** | *200.00* |
|    a | Mortgage (paid to banks, etc.) . | **16a** | | 26 | Wages (less employment credits) . | **26** | |
|    b | Other . . . . . . . . | **16b** | | 27 | Other expenses (from line 48 on page 2) *G.O.S.* . . . . . | **27** | *7249.78* |
| 17 | Legal and professional services . . . . . . . . | **17** | | | | | |

| | | | |
|---|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 . . . . . . . ▶ | **28** | |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . | **29** | |
| 30 | Expenses for business use of your home. Attach Form 8829 . . . . . . . . . . . . . . . . | **30** | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. <br> • If a profit, enter on both Form 1040, line 12, and Schedule SE, line 2 or on Form 1040NR, line 13 (if you checked the box on line 1, see page C-7). Estates and trusts, enter on Form 1041, line 3. <br> • If a loss, you must go to line 32. | **31** | |

32   If you have a loss, check the box that describes your investment in this activity (see page C-7).
   • If you checked 32a, enter the loss on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see the line 31 instructions on page C-7). Estates and trusts, enter on Form 1041, line 3.
   • If you checked 32b, you must attach Form 6198. Your loss may be limited.

32a ☐ All investment is at risk.
32b ☐ Some investment is not at risk.

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service    (99)

# Profit or Loss From Business
### (Sole Proprietorship)

▶ Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B.
▶ Attach to Form 1040, 1040NR, or 1041.  ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2010**
2011

Attachment
Sequence No. **09**

Name of proprietor  *Joseph A. BRENNAN*

Social security number (SSN)  *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*

| | |
|---|---|
| A  Principal business or profession, including product or service (see page C-2 of the instructions) | B  Enter code from pages C-9,10,& 11  ▶ |
| C  Business name. If no separate business name, leave blank. | D  Employer ID number (EIN), if any |
| E  Business address (including suite or room no.) ▶ | |
|    City, town or post office, state, and ZIP code | |

F  Accounting method:  (1) ☐ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶

G  Did you "materially participate" in the operation of this business during 2010? If "No," see page C-3 for limit on losses . . . . . . . . ☐ Yes  ▶☐ No

H  If you started or acquired this business during 2010, check here . . . . . . . . . . . . . . . . . . . . . . ▶☐

## Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution. See page C-4 and check the box if:<br>● This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, or<br>● You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see page C-3 for limit on losses. | ▶☐ | 1 | *17100.00* |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . | | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . | | 3 | |
| 4 | Cost of goods sold (from line 42 on page 2) . . . . . . . . . . . | | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 . . . . . . . . . . . . | | 5 | |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see page C-4) . . . . | | 6 | |
| 7 | Gross income. Add lines 5 and 6 . . . . . . . . . . . . . . . . ▶ | | 7 | *17100.00* |

## Part II  Expenses.  Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . . . | 8 | | 18 | Office expense . . . . . . . | 18 | |
| 9 | Car and truck expenses (see page C-4) . . . . . | 9 | *125.00* | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees . . . . | 10 | | 20 | Rent or lease (see page C-6): | | |
| 11 | Contract labor (see page C-4) | 11 | | a | Vehicles, machinery, and equipment . | 20a | |
| 12 | Depletion . . . . . . . . | 12 | | b | Other business property . . . . . | 20b | *650.00* |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-5) . . . . | 13 | | 21 | Repairs and maintenance . . . | 21 | |
| | | | | 22 | Supplies (not included in Part III) . | 22 | |
| | | | | 23 | Taxes and licenses . . . . . | 23 | *621.00* |
| 14 | Employee benefit programs (other than on line 19) . . | 14 | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel . . . . . . . . . | 24a | |
| 15 | Insurance (other than health) . . | 15 | *1645.00* | b | Deductible meals and entertainment (see page C-6) . | 24b | |
| 16 | Interest: | | | 25 | Utilities  *CELL PHONE* | 25 | *200.00* |
| a | Mortgage (paid to banks, etc.) . | 16a | | 26 | Wages (less employment credits) | 26 | |
| b | Other . . . . . . . . . | 16b | | 27 | Other expenses (from line 48 on page 2)  *GAS* . . . . | 27 | *2460.25* |
| 17 | Legal and professional services . . . . . . . . | 17 | | | | | |

| | | | |
|---|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 . . . . . . . . ▶ | 28 | *5751.25* |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . . | 29 | |
| 30 | Expenses for business use of your home. Attach Form 8829 . . . . . . . . . . . . . . . . | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29.<br>● If a profit, enter on both Form 1040, line 12, and Schedule SE, line 2 or on Form 1040NR, line 13 (if you checked the box on line 1, see page C-7). Estates and trusts, enter on Form 1041, line 3.<br>● If a loss, you must go to line 32. | 31 | |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-7).<br>● If you checked 32a, enter the loss on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see the line 31 instructions on page C-7). Estates and trusts, enter on Form 1041, line 3.<br>● If you checked 32b, you must attach Form 6198. Your loss may be limited. | 32a ☐ All investment is at risk.<br>32b ☐ Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see page C-8 of the instructions.        QNA        Schedule C (Form 1040) 2010

Case 04-59443    Doc    Filed 04/21/11    Entered 04/21/11             
Main Document    Page 53 of 75

*Feb.*

**SCHEDULE C**
(Form 1040)

Department of the Treasury
Internal Revenue Service   (99)

# Profit or Loss From Business
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B.
▶ Attach to Form 1040, 1040NR, or 1041.   ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2010**
*2011*

Attachment
Sequence No. **09**

Name of proprietor: *Joseph A. Brennan*

Social security number (SSN): 2 0 6 - 5 8 - 9 2 6 7

**A** Principal business or profession, including product or service (see page C-2 of the instructions)

**B** Enter code from pages C-9,10,& 11 ▶

**C** Business name. If no separate business name, leave blank.

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ▶
City, town or post office, state, and ZIP code

**F** Accounting method:  (1) ☐ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2010? If "No," see page C-5 for limit on losses . . . . . . ☐ Yes  ☐ No

**H** If you started or acquired this business during 2010, check here . . . . . . . . . . . . . . . . . . . . ▶ ☐

## Part I — Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution. See page C-4 and check the box if: <br> • This income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, or <br> • You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see page C-3 for limit on losses. · · · ▶ ☐ | 1 | 8200.00 |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | |
| 4 | Cost of goods sold (from line 42 on page 2) . . . . . . . . . . . . | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see page C-4) . . . . . . | 6 | |
| 7 | Gross income. Add lines 5 and 6 . . . . . . . . . . . . . . . ▶ | 7 | 8200.00 |

## Part II — Expenses   Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---|---|---|---|
| 8 | Advertising . . . . . . . | 8 | | 18 Office expense . . . . . | 18 | |
| 9 | Car and truck expenses (see page C-4) . . . . . | 9 | 200.00 | 19 Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees . . . . | 10 | | 20 Rent or lease (see page C-6): | 20a | |
| 11 | Contract labor (see page C-4) | 11 | |   a Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion . . . . . . . | 12 | |   b Other business property . . . . . | 20b | 650.00 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-5) . . . | 13 | | 21 Repairs and maintenance . . . | 21 | |
| | | | | 22 Supplies (not included in Part III) | 22 | |
| | | | | 23 Taxes and licenses . . . . . | 23 | 621.00 |
| 14 | Employee benefit programs (other than on line 19) . . . . | 14 | | 24 Travel, meals, and entertainment: | | |
| | | | |   a Travel . . . . . . . | 24a | |
| 15 | Insurance (other than health) . . | 15 | |   b Deductible meals and entertainment (see page C-6) . | 24b | |
| 16 | Interest: | | | 25 Utilities *CELL PHONE* | 25 | 200.00 |
|   a | Mortgage (paid to banks, etc.) . | 16a | | 26 Wages (less employment credits) . | 26 | |
|   b | Other . . . . . . . . | 16b | | 27 Other expenses (from line 48 on page 2) *GAS* | 27 | 1195.00 |
| 17 | Legal and professional services . . . . . . . | 17 | | | | |

| | | | |
|---|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 . . . . . . . . . ▶ | 28 | 2866.00 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . | 29 | |
| 30 | Expenses for business use of your home. Attach Form 8829 . . . . . . . . . . . . . . . | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. <br> • If a profit, enter on both Form 1040, line 12, and Schedule SE, line 2 or on Form 1040NR, line 13 (if you checked the box on line 1, see page C-7). Estates and trusts, enter on Form 1041, line 3. <br> • If a loss, you must go to line 32. | 31 | |

32 If you have a loss, check the box that describes your investment in this activity (see page C-7).
  • If you checked 32a, enter the loss on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see the line 31 instructions on page C-7). Estates and trusts, enter on Form 1041, line 3.
  • If you checked 32b, you must attach Form 6198. Your loss may be limited.

32a ☐ All investment is at risk.
32b ☐ Some investment is not at risk.

**Joseph Brennan 6 Month Income History**

**Sept 2010**    $26,000  (Gross Receipts)

    -  $19,984 (Expenses)

    **$ 6,016  (Income)**

**Oct 2010**    $23,425 (Gross Receipts)

    - $17,174 (Expenses)

    **$6,251  (Income)**

**Nov 2010**    $27,650 (Gross Receipts)

    - $20,944 (Expenses)

    **$6,706 (Income)**

**Dec 2010**    $13,000 (Gross Receipts)

    - $7,250 (Expenses)

    **$5,750 (Income)**

**Jan 2011**    $17,100 (Gross Receipts)

    - $5,751 (Expenses)

    **$11,349 (Income)**

**Feb 2011**    $8,200 (Gross Receipts)

    - $2,866 (Expenses)

1

**$5,344 (Income)**

$115,375 **divided by** 6 months = $19,229 Average Gross Receipts/Month **minus**

$73,969 **divided by** 6 months = $12,328 Average Expenses/Month = **$6901 Average Income/Month**

2

In re   **Joseph A. Brennan**                                         Case No.   **5:11-bk-01504**

_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 600.00 |
| a. Are real estate taxes included? | Yes ___  No **X** | | |
| b. Is property insurance included? | Yes ___  No **X** | | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 295.00 |
| b. Water and sewer | | $ | 0.00 |
| c. Telephone | | $ | 19.00 |
| d. Other **See Detailed Expense Attachment** | | $ | 187.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 0.00 |
| 4. Food | | $ | 293.00 |
| 5. Clothing | | $ | 86.00 |
| 6. Laundry and dry cleaning | | $ | 30.00 |
| 7. Medical and dental expenses | | $ | 40.00 |
| 8. Transportation (not including car payments) | | $ | 260.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 100.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 0.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 58.00 |
| e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) **Taxes not deducted from wages** | | $ | 2,277.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 703.00 |
| b. Other | | $ | 0.00 |
| c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 370.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 12,328.00 |
| 17. Other **Pet Maintenance** | | $ | 45.00 |
| Other | | $ | 0.00 |

| | | |
|---|---|---|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 17,691.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
| a.   Average monthly income from Line 15 of Schedule I | $ | 19,229.00 |
| b.   Average monthly expenses from Line 18 above | $ | 17,691.00 |
| c.   Monthly net income (a. minus b.) | $ | 1,538.00 |

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| **Cell Phone** | $ | **85.00** |
| **Internet** | $ | **20.00** |
| **Cable** | $ | **82.00** |
| **Total Other Utility Expenditures** | $ | **187.00** |

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re   **Joseph A. Brennan**              Case No.   **5:11-bk-01504**
                                      Debtor(s)       Chapter   **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **57**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **April 21, 2011**           Signature   **/s/ Joseph A. Brennan**

                                                         **Joseph A. Brennan**
                                                         Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re    **Joseph A. Brennan**                              Case No.    **5:11-bk-01504**

<div align="right">Debtor(s)           Chapter    **13**</div>

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$9,810.00** | **2007 - GROSS INCOME - Popple Construction Co.; Pulvert a/k/a C&S Trucking Co.** |
| **$3,408.00** | **2007 - BUSINESS INCOME - Landmaster Landscaping.** |
| **$6,825.00** | **2008 - GROSS INCOME - Popple Construction Co.; Pulvert a/k/a C&S Trucking Co.** |
| **$-60,885.00** | **2008 - BUSINESS INCOME - Landmaster Landscaping.** |
| **$-5,824.00** | **2009 - BUSINESS INCOME - Landmaster Landscaping.** |
| **$-8,257.00** | **2010 - BUSINESS INCOME - Landmaster Landscaping.** |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $13,285.00 | 2010 - Form 1099c ($26,157) - Form 982 Reduction ($12,872). |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| First Niagara Leasing, Inc. v. Joseph A. Brennan, Individually and d/b/a Lawnmaster Landscaping No. GD-09-013857 | Assumpsit | Court of Common Pleas of Allegheny County, Pennsylvania | Judgment entered on 5/09 in the amount of $30,063. |

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Cleveland Brother Equipment Co. v. Joseph A. Brennan D/B/A Individually and d/b/a Lawnmaster Landscaping Docket # AR09010038** | **Assumpsit** | **Allegheny County Court of Common Pleas, PA** | **Judgment entered on 10/09 in the amount of $14,075.** |
| **Zahi Nijmeh v. Joseph A. Brennan, Individually and d/b/a Lawnmaster Landscaping Docket No: 25912009** | **Collection of Debt** | **Court of Common Pleas, Luzerne County, PA** | **Judgment entered on 4/09 in the amount of $20,171** |
| **Colonial Pacific Leasing Corp. v. Joseph A. Brennan, Individually and d/b/a Lawnmaster Landscaping Docket No: 30982009** | **Collection of Debt** | **Court of Common Pleas, Luzerne County, PA** | **Judgment entered on 4/09 in the amount of $36,126.** |
| **Highway Equipment and Supply Co., Inc. v. Joseph a. Brennan, Individually and d/b/a Lawnmaster Landscaping** | **Collection of Debt** | **Court of Common Pleas, Luzerne County, PA** | **Judgment entered on 1/09 in the amount of $1,480.** |
| **Five Star Equipment Co. v. Joseph A. Brennan, Individually and d/b/a Lawnmaster Landscaping Docket No: 200800332** | **Collection of Debt** | **Court of Common Pleas, Lackawanna County, PA** | **Judgment entered on 1/08 in the amount of $2,456.** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **COLLEEN M. METROKA, ESQ**<br>**120 South Franklin Street**<br>**Wilkes Barre, PA 18701** | **2011** | **$999** |

### 10. Other transfers

None ■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Lawnmaster Landscaping | 9267 | 62 E. Saylor Ave Wilkes Barre, PA 18702 | Landscaping/Snowplowing Services | 1999  to Current |

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                        DATES SERVICES RENDERED

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                          ADDRESS

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED

---

### 20. Inventories

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY              INVENTORY SUPERVISOR              DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None
■

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS

---

### 21 . Current Partners, Officers, Directors and Shareholders

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS              NATURE OF INTEREST              PERCENTAGE OF INTEREST

None
■

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS              TITLE              NATURE AND PERCENTAGE
OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                 ADDRESS                 DATE OF WITHDRAWAL

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS            TITLE                DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION           TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND           TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **April 21, 2011**                Signature    **/s/ Joseph A. Brennan**

                                                  **Joseph A. Brennan**

                                                  Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re   **Joseph A. Brennan**                  Case No.   **5:11-bk-01504**

Debtor(s)         Chapter   **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 3,500.00 |
| Prior to the filing of this statement I have received | $ | 999.00 |
| Balance Due | $ | 2,501.00 |

2.    The source of the compensation paid to me was:

      ■ Debtor    □ Other (specify):

3.    The source of compensation to be paid to me is:

      ■ Debtor    □ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **April 21, 2011**                  **/s/ Colleen Marie Metroka**
                                          **Colleen Marie Metroka #201252**
                                          **Colleen Marie Metroka, Esq.**
                                          **120 South Franklin Street**
                                          **Wilkes Barre, PA 18701**
                                          **5705924796  Fax: 5703001864**
                                          **attycoll@aol.com**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

In re **Joseph A. Brennan**
Debtor(s)
Case Number: **5:11-bk-01504**
(If known)

According to the calculations required by this statement:
☐ **The applicable commitment period is 3 years.**
■ **The applicable commitment period is 5 years.**
■ **Disposable income is determined under § 1325(b)(3).**
☐ **Disposable income is not determined under § 1325(b)(3).**
(Check the boxes as directed in Lines 17 and 23 of this statement.)

# CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE INCOME

In addition to Schedules I and J, this statement must be completed by every individual chapter 13 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

## Part I. REPORT OF INCOME

| | | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ■ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☐ Married. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br>**Debtor's Income** | **Column B**<br>**Spouse's Income** |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ 0.00 | $ |
| 3 | **Income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part IV.** | | |

| | | Debtor | Spouse |
|---|---|---|---|
| a. | Gross receipts | $ 19,229.00 | $ |
| b. | Ordinary and necessary business expenses | $ 12,328.00 | $ |
| c. | Business income | Subtract Line b from Line a | |

| | | Column A | Column B |
|---|---|---|---|
| 3 | Business income | $ 6,901.00 | $ |
| 4 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part IV.** | | |

| | | Debtor | Spouse |
|---|---|---|---|
| a. | Gross receipts | $ 0.00 | $ |
| b. | Ordinary and necessary operating expenses | $ 0.00 | $ |
| c. | Rent and other real property income | Subtract Line b from Line a | |

| | | Column A | Column B |
|---|---|---|---|
| 4 | Rent and other real property income | $ 0.00 | $ |
| 5 | **Interest, dividends, and royalties.** | $ 0.00 | $ |
| 6 | **Pension and retirement income.** | $ 0.00 | $ |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $ 0.00 | $ |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br>Unemployment compensation claimed to be a benefit under the Social Security Act — Debtor $ 0.00 — Spouse $ | $ 0.00 | $ |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse, but include all other payments of alimony or separate maintenance. Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | | | |
|---|---|---|---|---|---|
| | | Debtor | Spouse | | |
| | a. | $ | $ | | |
| | b. | $ | $ | $ 0.00 | $ |

| 10 | **Subtotal.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | $ 6,901.00 | $ |
|---|---|---|---|

| 11 | **Total.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | $ 6,901.00 |
|---|---|---|

## Part II. CALCULATION OF § 1325(b)(4) COMMITMENT PERIOD

| 12 | **Enter the amount from Line 11** | $ 6,901.00 |
|---|---|---|

| 13 | **Marital Adjustment.** If you are married, but are not filing jointly with your spouse, AND if you contend that calculation of the commitment period under § 1325(b)(4) does not require inclusion of the income of your spouse, enter on Line 13 the amount of the income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of you or your dependents and specify, in the lines below, the basis for excluding this income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero. | |
|---|---|---|
| | a. $ | |
| | b. $ | |
| | c. $ | |
| | Total and enter on Line 13 | $ 0.00 |

| 14 | **Subtract Line 13 from Line 12 and enter the result.** | $ 6,901.00 |
|---|---|---|

| 15 | **Annualized current monthly income for § 1325(b)(4).** Multiply the amount from Line 14 by the number 12 and enter the result. | $ 82,812.00 |
|---|---|---|

| 16 | **Applicable median family income.** Enter the median family income for applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |
|---|---|---|
| | a. Enter debtor's state of residence: **PA** b. Enter debtor's household size: **1** | $ 44,172.00 |

| 17 | **Application of § 1325(b)(4).** Check the applicable box and proceed as directed. <br> ☐ **The amount on Line 15 is less than the amount on Line 16.** Check the box for "The applicable commitment period is 3 years" at the top of page 1 of this statement and continue with this statement. <br> ■ **The amount on Line 15 is not less than the amount on Line 16.** Check the box for "The applicable commitment period is 5 years" at the top of page 1 of this statement and continue with this statement. |
|---|---|

## Part III. APPLICATION OF § 1325(b)(3) FOR DETERMINING DISPOSABLE INCOME

| 18 | **Enter the amount from Line 11.** | $ 6,901.00 |
|---|---|---|

| 19 | **Marital Adjustment.** If you are married, but are not filing jointly with your spouse, enter on Line 19 the total of any income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income(such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero. | |
|---|---|---|
| | a. $ | |
| | b. $ | |
| | c. $ | |
| | Total and enter on Line 19. | $ 0.00 |

| 20 | **Current monthly income for § 1325(b)(3).** Subtract Line 19 from Line 18 and enter the result. | $ 6,901.00 |
|---|---|---|

| 21 | **Annualized current monthly income for § 1325(b)(3).** Multiply the amount from Line 20 by the number 12 and enter the result. | $ | 82,812.00 |
|---|---|---|---|
| 22 | **Applicable median family income.** Enter the amount from Line 16. | $ | 44,172.00 |
| 23 | **Application of § 1325(b)(3).** Check the applicable box and proceed as directed.<br><br>■ **The amount on Line 21 is more than the amount on Line 22.** Check the box for "Disposable income is determined under § 1325(b)(3)" at the top of page 1 of this statement and complete the remaining parts of this statement.<br><br>☐ **The amount on Line 21 is not more than the amount on Line 22.** Check the box for "Disposable income is not determined under § 1325(b)(3)" at the top of page 1 of this statement and complete Part VII of this statement. **Do not complete Parts IV, V, or VI.** | | |

## Part IV. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 24A | **National Standards: food, apparel and services, housekeeping supplies, personal care, and miscellaneous.** Enter in Line 24A the "Total" amount from IRS National Standards for Allowable Living Expenses for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ | 526.00 |
|---|---|---|---|

| 24B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 24B. | | |

| **Persons under 65 years of age** | | | **Persons 65 years of age or older** | | |
|---|---|---|---|---|---|
| a1. | Allowance per person | **60** | a2. | Allowance per person | **144** |
| b1. | Number of persons | **1** | b2. | Number of persons | **0** |
| c1. | Subtotal | **60.00** | c2. | Subtotal | **0.00** |

| 24B total | | $ | 60.00 |
|---|---|---|---|

| 25A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ | 440.00 |
|---|---|---|---|

| 25B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 47; subtract Line b from Line a and enter the result in Line 25B. **Do not enter an amount less than zero.** | | |
|---|---|---|---|

| a. | IRS Housing and Utilities Standards; mortgage/rent expense | $ | **608.00** |
|---|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 47 | $ | **0.00** |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. | |

| 25B total | | $ | 608.00 |
|---|---|---|---|

| 26 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 25A and 25B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ | 0.00 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 27A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 7. ☐ 0  ■ 1  ☐ 2 or more.<br><br>If you checked 0, enter on Line 27A the "Public Transportation" amount from IRS Local Standards: Transportation.  If you checked 1 or 2 or more, enter on Line 27A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ | **265.00** |
| 27B | **Local Standards: transportation; additional public transportation expense.**  If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 27B the "Public Transportation" amount from the IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ | **0.00** |
| 28 | **Local Standards: transportation ownership/lease expense; Vehicle 1.**  Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) ■ 1  ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 47; subtract Line b from Line a and enter the result in Line 28.  **Do not enter an amount less than zero.** | | |

| | | | |
|---|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $ | **496.00** |
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 47 | $ | **0.00** |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | |

(Line 28 total) $ **496.00**

| | | | |
|---|---|---|---|
| 29 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 28.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 47; subtract Line b from Line a and enter the result in Line 29.  **Do not enter an amount less than zero.** | | |

| | | | |
|---|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $ | **0.00** |
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 47 | $ | **0.00** |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | |

(Line 29 total) $ **0.00**

| | | | |
|---|---|---|---|
| 30 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ | **2,277.00** |
| 31 | **Other Necessary Expenses: involuntary deductions for employment.**  Enter the total average monthly deductions that are required for your employment, such as mandatory retirement contributions, union dues, and uniform costs.  **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ | **0.00** |
| 32 | **Other Necessary Expenses: life insurance.**  Enter total average monthly premiums that you actually pay for term life insurance for yourself.  **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ | **0.00** |
| 33 | **Other Necessary Expenses: court-ordered payments.**  Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments.  **Do not include payments on past due obligations included in line 49.** | $ | **370.00** |
| 34 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.**  Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ | **0.00** |
| 35 | **Other Necessary Expenses: childcare.**  Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool.  **Do not include other educational payments.** | $ | **0.00** |

| 36 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 24B. **Do not include payments for health insurance or health savings accounts listed in Line 39.** | $ | **0.00** |
|---|---|---|---|
| 37 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service-to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ | **20.00** |
| 38 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 24 through 37. | $ | **5,062.00** |

### Subpart B: Additional Living Expense Deductions
### Note: Do not include any expenses that you have listed in Lines 24-37

| 39 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | | |
|---|---|---|---|
| | a. | Health Insurance | $ | 0.00 |
| | b. | Disability Insurance | $ | 0.00 |
| | c. | Health Savings Account | $ | 0.00 |
| | Total and enter on Line 39 | | $ | **0.00** |
| | **If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:  $ | | | |
| 40 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. **Do not include payments listed in Line 34.** | $ | **0.00** |
| 41 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incur to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ | **0.00** |
| 42 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ | **0.00** |
| 43 | **Education expenses for dependent children under 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ | **0.00** |
| 44 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ | **0.00** |
| 45 | **Charitable contributions.** Enter the amount reasonably necessary for you to expend each month on charitable contributions in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). **Do not include any amount in excess of 15% of your gross monthly income.** | $ | **0.00** |
| 46 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 39 through 45. | $ | **0.00** |

| | **Subpart C: Deductions for Debt Payment** | | | | |
|---|---|---|---|---|---|
| 47 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 47. | | | | |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance | |
|---|---|---|---|---|---|
| a. | **Ally Financial** | **2006 Chevrolet Silverado Pick-up** | $        234.33 | ☐yes ■no | |
| | | | Total: Add Lines | | $        234.33 |

| | **Other payments on secured claims.** If any of debts listed in Line 47 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 47, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | | | | |
|---|---|---|---|---|---|
| 48 | | | | | |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount | |
|---|---|---|---|---|
| a. | -NONE- | | $ | |
| | | | Total: Add Lines | $        0.00 |

| 49 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 33.** | $        0.00 |
|---|---|---|

| 50 | **Chapter 13 administrative expenses.** Multiply the amount in Line a by the amount in Line b, and enter the resulting administrative expense. | |
|---|---|---|

| | a. | Projected average monthly Chapter 13 plan payment. | $        0.00 | |
|---|---|---|---|---|
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x        5.50 | |
| | c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b | $        0.00 |

| 51 | **Total Deductions for Debt Payment.** Enter the total of Lines 47 through 50. | $        234.33 |
|---|---|---|

| | **Subpart D: Total Deductions from Income** | |
|---|---|---|
| 52 | **Total of all deductions from income.** Enter the total of Lines 38, 46, and 51. | $        5,296.33 |

| | **Part V. DETERMINATION OF DISPOSABLE INCOME UNDER § 1325(b)(2)** | |
|---|---|---|
| 53 | **Total current monthly income.** Enter the amount from Line 20. | $        6,901.00 |
| 54 | **Support income.** Enter the monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part I, that you received in accordance with applicable nonbankruptcy law, to the extent reasonably necessary to be expended for such child. | $        0.00 |
| 55 | **Qualified retirement deductions.** Enter the monthly total of (a) all amounts withheld by your employer from wages as contributions for qualified retirement plans, as specified in § 541(b)(7) and (b) all required repayments of loans from retirement plans, as specified in § 362(b)(19). | $        0.00 |
| 56 | **Total of all deductions allowed under § 707(b)(2).** Enter the amount from Line 52. | $        5,296.33 |

| 57 | **Deduction for special circumstances.** If there are special circumstances that justify additional expenses for which there is no reasonable alternative, describe the special circumstances and the resulting expenses in lines a-c below. If necessary, list additional entries on a separate page. Total the expenses and enter the total in Line 57. **You must provide your case trustee with documentation of these expenses and you must provide a detailed explanation of the special circumstances that make such expense necessary and reasonable.** | | |
|---|---|---|---|

| | Nature of special circumstances | Amount of Expense | |
|---|---|---|---|
| a. | | $ | |
| b. | | $ | |
| c. | | $ | |
| | | Total: Add Lines | $ **0.00** |

| 58 | **Total adjustments to determine disposable income.** Add the amounts on Lines 54, 55, 56, and 57 and enter the result. | $ **5,296.33** |
|---|---|---|
| 59 | **Monthly Disposable Income Under § 1325(b)(2).** Subtract Line 58 from Line 53 and enter the result. | $ **1,604.67** |

## Part VI. ADDITIONAL EXPENSE CLAIMS

| 60 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |
|---|---|

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total: Add Lines a, b, c and d | $ |

## Part VII. VERIFICATION

| 61 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* |
|---|---|

Date:  **April 21, 2011**                    Signature:  **/s/ Joseph A. Brennan**

**Joseph A. Brennan**
(Debtor)